**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT NEW YORK**

**CHARON COINS, LLC**

**Plaintiff,**

**v.**

**Civil Action No. 7:21-cv-02777-VB**

**SONEA GRIFFITHS,**

,

**Defendant.**

**_____________________________________/**

**FIRST AMENDED COMPLAINT**

# EXHIBIT B

**Sonea Griffiths** <soneasing@ymail.com> Thu, Feb 4, 2021 at 10:55 AM
To: Nate Letteney <nate@charoncoins.com>

Hello , Nate it's Sonea just wanted to know which other services are products does your company buys;

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com> Thu, Feb 4, 2021 at 11:27 AM
To: Nate Letteney <nate@charoncoins.com>

I should of said sell; wanted to buy more BTC

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com> Thu, Feb 4, 2021 at 3:14 PM
To: Nate Letteney <nate@charoncoins.com>

Hello ,Nate wanted to buy more BTC maybe I can set it up for tomorrow if that's possible $154,000

thanks Sonea

---

**Sonea Griffiths** <soneasing@ymail.com> Thu, Feb 4, 2021 at 6:09 PM
To: Nate Letteney <nate@charoncoins.com>

Ok

Sent from Yahoo Mail for iPhone

On Thursday, February 4, 2021, 4:29 PM, Nate Letteney <nate@charoncoins.com> wrote:

Sonea,

We would be able to handle that sized transaction.

To do so we will need a Source of Funds form filled out for our records. Attached is the form. As well as have a follow up EDD discussion. Extra Due Diligence, just to reiterate some of the disclaimers.

For all transactions forward, we need you to add your full name and the reference number we provide in the " Wire Details" section of the wire transfer. Should be a field you can add details/notes to. This will help us in the backend.

-Nathan L
Milwaukee Office Manaager
[Quoted text hidden]

26°

 66% 8:13

Sonea Griffiths 

Sonea, try to send it here!

Feb 5, 12:30 PM

DECLARATION OF SOURCE OF FUNDS:

I, Sonea Griffiths ("Counterparty"), declare that the source of funds being used to execute this Cryptocurrency Transaction with Charon Coins LLC are derived from legitimate sources as stated below and that Counterparty will provide the required evidence of the source of funds if required to do so in the future. The source of funds from this transaction came from:

Source of funds declaration (Please write below): Invoice Number: 1058

$154,000 Stanley Black & Decker INC EDIV US INC 4000 Indianapolis

One hundred and fifty four thousand Dollar USD

Are you or have ever been considered a Politically Exposed Person?

Please indicate your answer: YES (NO)

VERIFICATION

Under penalties of perjury, I declare that the Information and Answers provided in this DECLARATION OF SOURCE OF FUNDS are true and correct.

Signature: Sonea Griffiths

Printed Name: Sonea Griffiths

Title:

Date: 1/5/21

Reinvesting money for future transaction

DECLARATION OF SOURCE OF FUNDS:

I, Sonea Griffiths ("Counterparty"), declare that the source of funds being used to execute this Cryptocurrency Transaction with Charon Coins LLC are derived from legitimate sources as stated below and that Counterparty will provide the required evidence of the source of funds if required to do so in the future. The source of funds from this transaction came from:

Source of funds declaration (Please write below):

Type a message

26°
66% 8:13
Sonea Griffiths
Feb 5, 12:32 PM
Got it thank you!
Feb 5, 1:00 PM
You may want to wait for Monday to send the Wire, as it will not be received over the weekend.
Feb 5, 1:09 PM
It's ok I can send it today
Feb 5, 1:10 PM
It's better for me to send it today have an appointment for Monday is that ok
Feb 5, 1:12 PM
Type a message

26°
65% 8:13
Sonea Griffiths
We can use the same address as before thanks 🙏
Feb 5, 2:06 PM
Nate is everything ok with the reference number
S
Feb 5, 3:41 PM
Yes everything will be fine. We won't see it on our end until Monday.
Feb 5, 3:45 PM
Ok thanks
Feb 5, 3:46 PM
Hi Nate this is the wallet address we will use. Thank sonea
Type a message

26°
65%
8:14
Sonea Griffiths
Perfect. Locking in and sending test amount now.
Feb 8, 10:36 AM
Nothing yet
Feb 8, 10:47 AM
0.0005
S
Received
Feb 8, 10:50 AM
Sonea Griffiths
$154,000 locked in at
$43,422.83@5.65% for
3.35685896 BTC
REDACTED

Type a message

26°
4G
65%
8:14
Sonea Griffiths
S
Yes
Feb 8, 10:50 AM
Confirmed. We are sending full amount.
Feb 8, 10:51 AM
S
No
Feb 8, 10:54 AM
?
Feb 8, 10:54 AM
Why is this blockchain attached
S
I click it
Feb 8, 10:55 AM
Type a message

26°
4G
65%
8:14
Sonea Griffiths
S
I click it
Feb 8, 10:55 AM
Details on the test amount we sent. It is a receipt essentially. Shows the amount we sent from our wallet to yours.
We have just sent the full out, allow it some time to fully clear as there is a lot of traffic today.
Feb 8, 10:57 AM
Ok
S
0.0005 $21.65
Feb 8, 10:58 AM
Yes that was the test
Type a message

26°
65% 8:14
Sonea Griffiths
Yes that was the test amount, no w the full amount has been initiated and will take a bit of time to fully appear.
Feb 8, 10:58 AM
S
Ok
Feb 8, 10:59 AM

REDACTED
You can see in this receipt, the amount of BTC leaving our wallet and being sent to your wallet.
Feb 8, 11:02 AM

Type a message

26°
65% 8:14
Sonea Griffiths
Feb 8, 11:02 AM
Yes received 3.356
S
Thank you very much Nate
Feb 8, 11:04 AM
Awesome Sonea, keep that safe and secure now! Do you anticipate purchasing any more BTC in the short term?
Feb 8, 11:24 AM
Yes
Thanks again I will
I'll be in touch thanks
Feb 8, 11:26 AM
Type a message