## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

       **Plaintiff,**

  v.                                   Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

       **Defendant.**
_____/

## FIRST AMENDED COMPLAINT

# EXHIBIT C

Exhibit C:



← **Sonea Griffiths** 📞 ⋮

> We can do that. Please send me the Wire Transfer Transaction Receipt when you make the Wire Transfer and we will be on the lookout.
>
> Feb 11, 10:40 AM

Ok thanks

Feb 11, 10:45 AM



Type a message ▷





