IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

       Plaintiff,

  v.                                   Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

       Defendant.
_____/

## FIRST AMENDED COMPLAINT

# EXHIBIT D

Exhibit D:

## DECLARATION OF SOURCE OF FUNDS:

I, Sonea Griffiths ("Counterparty"), declare that the source of funds being used to execute this Cryptocurrency Transaction with Charon Coins LLC are derived from legitimate sources as stated below and that Counterparty will provide the required evidence of the source of funds if required to do so in the future. The source of funds from this transaction came from:

Source of funds declaration (Please write below):

Stanley Black And Decker Inc. CDIY US INC 46250 Indianapolis

Are you or have ever been considered a Politically Exposed Person?

Please indicate your answer:   YES   **NO** (circled)

## VERIFICATION

Under penalties of perjury, I declare that the Information and Answers provided in this DECLARATION OF SOURCE OF FUNDS are true and correct.

Signature: Sonea Griffiths

Printed Name: Sonea Griffiths

Title:

Date: 1/5/21