IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

    Plaintiff,

v.                             Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

    Defendant.
_____/

**FIRST AMENDED COMPLAINT**

# EXHIBIT E

# Exhibit E:

To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Sonea Griffiths $64,000 locked in at $36,978.79@6.65% for 1.6228053 BTC

We sent a test amount to the wallet address you provided. Please confirm the amount of BTC for us to release the rest of the funds.

-Nathan L
Milwaukee Office Manager

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 10:42 AM
To: Nate Letteney <nate@charoncoins.com>

Sounds good!

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:18 PM
To: Nate Letteney <nate@charoncoins.com>

Correct.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:22 PM
To: Nate Letteney <nate@charoncoins.com>

Yes $37 dollars

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:30 PM
To: Nate Letteney <nate@charoncoins.com>

I received the text thank you;

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:41 PM
To: Nate Letteney <nate@charoncoins.com>

Confirm the release of the BTC

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:52 PM
To: Nate Letteney <nate@charoncoins.com>

You mean 0.001 is equal to 37$

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 1:01 PM
To: Nate Letteney <nate@charoncoins.com>

Thank you I received $60,000 equal 0.6218053 I learned something new thanks Nate confirm BTC; I appreciate all you hard work and help.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>     Wed, Feb 3, 2021 at 1:16 PM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Awesome! Here are the final details, the blockchain receipt showing the lint of btc that left our wallet and was sent to your wallet.

REDACTED

-Nathan L

[Quoted text hidden]

---

**8 attachments**



IMG_2323.jpeg
1815K

IMG_2331.jpeg
1830K

← Sonea Griffiths

> Perfect. Locking in and sending test amount now.
> Feb 8, 10:36 AM

Nothing yet
Feb 8, 10:47 AM

0.0005

Received
Feb 8, 10:50 AM

> Sonea Griffiths
> $154,000 locked in at $43,422.83@5.65% for 3.35685896 BTC
> REDACTED

Feb 8, 10:50 AM

← Sonea Griffiths 📞 ⋮

Yes that was the test amount, no w the full amount has been initiated and will take a bit of time to fully appear.

Feb 8, 10:58 AM

S  Ok

Feb 8, 10:59 AM



You can see in this receipt, the amount of BTC leaving our wallet and being sent to your wallet.

Feb 8, 11:02 AM

Type a message





