**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK**

CHARON COINS, LLC

        Plaintiff,

   v.                                      Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

        Defendant.
_____/

**FIRST AMENDED COMPLAINT**

# EXHIBIT F

# Exhibit F:



**FW: BMO Harris / DJG**


REDACTED

**Benjamin R. Prinsen**

ATTORNEY

KRAVIT ■ HOVEL & KRAWCZYK, s.c.

825 N. Jefferson, Milwaukee, WI 53202-3737

414 271 7100  x272          fax 414 271 8135

brp@kravitlaw.com           www.kravitlaw.com

*The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney/client or attorney work product communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient: (1) You are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited; (2) Please delete this email and destroy any copy. Thank you.*

_____

**From:** Aldort, Julie <Julie.Aldort@bmo.com>
**Sent:** Friday, March 5, 2021 1:11 PM
**To:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Cc:** Dawn M. Head <dmh@kravitlaw.com>
**Subject:** RE: BMO Harris / DJG

Ben,

Below is the information that was previously provided to the customer regarding the returned wires. It shows the financial institution. I suggest reaching out to them to find out why they believed there was fraud and why they requested the return. All of the wires have been returned, but the wires to Wells Fargo totaling $3,053.55. The customer made a cash deposit of $2,010.00 on 1/25/21. BMO has issued a Cashier's Check payable to DJG Holdings and sent it to the address on file for that sum. The remaining funds ($1,959.24) will be returned to Wells Fargo as a part a wire return on 3/15/21.

| Tran ID | Debit Party ID | Debit Party Name | Credit Party ID | Credit Party Name | Status | Amount | Currency | DTTM Received |
|---|---|---|---|---|---|---|---|---|
| HAR210119956882 | | REGIONS BK BHAM | | DJG HOLDINGS LLC | Completed | 5,000.00 | USD | 2021-01-19 10:52:19:372 |
| HAR210125052995 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,050.00 | USD | 2021-01-25 15:54:17:312 |
| HAR210128108706 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,003.05 | USD | 2021-01-28 11:49:40:929 |
| HAR210202190791 | | TD BANK | | DJG HOLDINGS LLC | Completed | 64,000.00 | USD | 2021-02-02 13:31:58:130 |
| HAR210205255024 | | TD BANK | | DJG HOLDINGS LLC | Completed | 154,000.00 | USD | 2021-02-05 14:35:13:825 |
| HAR210208267153 | | JPMORGAN CHASE | | DJG HOLDINGS LLC | Completed | 6,000.00 | USD | 2021-02-08 08:02:56:356 |
| HAR210211332117 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,000.50 | USD | 2021-02-11 11:25:01:853 |
| HAR210211334335 | | TD BANK | | DJG HOLDINGS LLC | Completed | 40,000.00 | USD | 2021-02-11 12:38:11:344 |

**From:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Sent:** Friday, March 5, 2021 12:13 PM
**To:** Aldort, Julie <Julie.Aldort@bmo.com>
**Cc:** Dawn M. Head <dmh@kravitlaw.com>
**Subject:** RE: BMO Harris / DJG

**External Email:** Use caution with links and attachments    **Courriel externe :** Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes

Julie,

Thank you for the email, but this is very vague.

What funds were returned? All the funds in the account (I believe 8 wires)? When did BMO receive the request to return the funds and from whom? Where were they sent? When were they returned?

Our client's account was frozen for 11 days with almost no information, and now, for the first time, we are finding out that the funds were returned without authorization, consent, or even notice. We have no information as to the basis of the assertion that a "fraud" occurred here, or whether that is BMO's belief or someone else's. I need to understand the details of how and why this occurred.

Please feel free to contact me any time today.

Ben

———————————————

**Benjamin R. Prinsen**
ATTORNEY

**Kravit ▪ Hovel & Krawczyk, s.c.**

825 N. Jefferson, Milwaukee, WI 53202-3737

414-271-7100  x272         fax 414-271-8135

brp@kravitlaw.com         www.kravitlaw.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney/client or attorney work product communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient: (1) You are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited; (2) Please delete this email and destroy any copy. Thank you.

———————————————

**From:** Aldort, Julie <Julie.Aldort@bmo.com>
**Sent:** Friday, March 5, 2021 11:46 AM
**To:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Subject:** FW: BMO Harris / DJG

Ben,

John Kirtley forwarded your email to me regarding the DJG account. My understanding is that your client was advised that the freeze had been made pursuant to his deposit agreement with the Bank based on advices that the deposits into the account were fraudulent. The financial institutions originating the deposits requested that the funds be returned. BMO has returned the funds. Thus, your client should contact the originating financial institutions to find out the basis for the fraud allegations. The account remains frozen pending the fraud investigation. If your client would like to provide additional information to BMO's fraud investigators for their consideration, please let me know or have him reach out to them directly.

Best regards,

**Julie Rodriguez Aldort** (Pronouns: She/Her)

Senior Counsel & Vice President | Legal & Regulatory Compliance | BMO Financial Group | 312.461.7905 | julie.aldort@bmo.com

This email and any attachments are privileged and confidential. Any unauthorized use or disclosure is prohibited. If you receive this email in error, please notify me by reply email and permanently delete the original without making any copies or disclosing its contents. BMO Financial Group is a brand name representing certain subsidiaries and affiliates of the Bank of Montreal.

**From:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Sent:** Friday, March 5, 2021 8:57 AM
**To:** Kirtley, John <JKirtley@gklaw.com>
**Cc:** Dawn M. Head <dmh@kravitlaw.com>
**Subject:** BMO Harris / DJG

**[EXTERNAL]** This message originated from outside your domain.

[Quoted text hidden]