

| | |
|---|---|
| **1320 19th Street, N.W., Suite 601**<br>**Washington, DC, 20036** | **2000 Duke Street, Suite 300**<br>**Alexandria, VA 22314** |

**Evgenia V. Sorokina**
Tel: 240.481.8946
Fax: 703.747.5862
Email: esorokina@ostermcbride.com

**April 2, 2021**

**VIA CM/ECF**

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 630
White Plains NY 10601

          **RE:**   *Charon Coins, LLC v. Sonea Griffiths*
                *Case No. 7:21-cv-2777*

Honorable Judge Briccetti,

     I write to explain a temporary seal on certain exhibits to the complaint in the above-captioned case.

     Shortly after electronically filing the original complaint and exhibits on March 30, 2021, we discovered that we had inadvertently filed the set of Exhibits A, B, C, E, and F without redactions of personal and financial data. We immediately contacted the office of the Clerk of the Court. To protect the documents, the clerk sealed those exhibits and advised that we file redacted exhibits once a judge was assigned to this case. Upon notice of Your Honor's assignment, we filed an Amended Complaint with properly redacted exhibits. **Accordingly, Exhibits A, B, C, E, and F to the original complaint should remain under seal.** The exhibits to the First Amended Complaint are properly redacted and need not be sealed. Thank you for your assistance in this matter. We apologize for any inconvenience.

                                                  Respectfully submitted,

                                                  /s/
                                                  Evgenia V. Sorokina
                                                  N.Y. Bar No. 4607479
                                                  Counsel to Plaintiff Charon Coins, LLC

**Admitted in D.C. and N.Y. only**