UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charon Coins, LLC

Plaintiff(s),

-against-

Sonea Griffiths
151 Park Avenue Mount
Vernon NY 10550

Defendant(s).

RECEIVED
MAY 12 2021
U.S.D.C.
W.P.

Docket No: 7:21 CV 02777 (VB)

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☒ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Griffiths Sonea C
Name (Last, First, MI)

☐ Plaintiff
☒ Defendant

151 Park Avenue   Mount Vernon   NY   10550
Address                City             State   Zip Code

(914) 2558079        Sonea5169@ymail.com
Telephone Number           e-mail address

May 11, 21                Sonea Griffiths
Date                        Signature