PRO SE UNIT
Charles L. Brieant
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601


RECEIVED MAY 12 2021 U.S.D.C. W.P.

against

Case # 7:21 cv 02777 (VB)

Letter re: Extension of time. 5/11/21

Charon Coins, LLC

I the Defendant Sonea Griffiths, Request the motion for an extended period of time 30 days to obtain an lawyer that can properly represent me, so I am asking that Vincen L. Briccetti the judge hearing my case to please extend the time frame, on my behalf. I have my right to have a lawyer that will represent me in court, who have my best interest.