## MEMORANDUM ENDORSEMENT

<u>Charon Coins, LLC v. Griffiths</u>,
21 CV 2777

    In the attached submission dated May 11, 2021, defendant, who is currently <u>pro se</u>, requests 30 days to retain a lawyer. The Court liberally construes the submission as a request for an extension of time to answer, move, or otherwise respond to the complaint, which was filed on March 31, 2021. On April 27, 2021, plaintiff filed an affidavit of service indicating that defendant was served on April 20, 2021. (Docs. ##8, 9). Thus, defendant's deadine to respond to the complaint was May 11, 2021.

    Defendant's request is **GRANTED**.

    Accordingly, defendant's deadline to answer, move, or otherwise respond to the complaint is extended to **June 14, 2021**.

    **However, there will be no further extensions of this deadline.** Defendant is advised that she must respond to the complaint by June 14, 2021, whether she has a lawyer or not. If she fails to do so, plaintiff may seek a certificate of default, and thereafter move, by order to show cause and in accordance with the Federal Rules of Civil Procedure and the Court's Individual Practices, for a default judgment.

    The Clerk is instructed to terminate the motion. (Doc. #11).

    Chambers will mail a copy of this Order to defendant at the address on the docket.

Dated: May 13, 2021
       White Plains, NY

                            SO ORDERED:

                            *[signature]*
                            Vincent L. Briccetti
                            United States District Judge

PRO SE UNIT
Charles L. Brieant
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601



RECEIVED
MAY 12 2021
U.S.D.C.
W.P.

Case # 7:21 cv 02777 (VB)

against

Letter re: Extension of time
5/11/21

Charon Coins, LLC

I the Defendant Sonea Griffiths, Request the motion for an extended period of time 30 days to obtain an lawyer that can properly represent me. So I am asking that Vincen L. Briccetti the Judge hearing my case to please extend the time frame on my behalf. I have my right to have a lawyer that will represent me in court, who have my best interest.