IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**SONEA GRIFFITHS,**<br><br>　　　　**Defendant.** | Civil Action No. 7:21-cv-2777 |

**NOTICE OF PLAINTIFF CHARON COINS'
MOTION TO ATTACH DEFENDANT'S BANK
ACCOUNTS OR FOR A PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that as soon as this matter can be heard, Plaintiff Charon Coins, LLC ("Charon"), by and through undersigned counsel, will move this Honorable Court for an order of attachment preventing Defendant Sonea Griffiths from removing assets out of the Court's jurisdiction and/or for a Preliminary Injunction enjoining Griffiths from transferring the Bitcoin she received from Charon and for which she has failed to pay. **Because Plaintiff is concerned Griffiths will move assets and/or Bitcoin beyond the jurisdiction of the Court, Plaintiff respectfully requests the Court order an expedited briefing schedule.**

　　　　Charon certifies that it attempted to obtain consent to the within motion by contacting Griffiths' attorneys and asking for their consent or contact information for Griffiths. No response has been forthcoming.

　　　　**WHEREFORE**, Plaintiff respectfully requests the Court order an expedited briefing schedule and the within Motion be granted. Charon will rely on it Memorandum In Support of the within Motion, its supporting papers, and its proposed order.

June 10, 2021

Respectfully submitted,

**OSTER MCBRIDE, PLLC**

**/s/ Evgenia V. Sorokina**
Evgenia Sorokina (N.Y. Bar No. 4607479)
1320 19th Street, N.W., Suite 601
Washington, DC, 20036
esorokina@ostermcbride.com

*Attorneys for Charon Coins, LLC*

## **CERTIFICATE OF SERVICE**

This will certify the attached Motion and supporting papers were sent by first-class mail, postage prepaid, to the defendant, Sonea Griffiths at her residence and by electronic mail:

    Sonea Griffiths
    151 Park Avenue
    Mt. Vernon, NY 10550
    Soneasing@gmail.com

June 10, 2021                                 */s/ Steven M. Oster*
                                                                Steven M. Oster