IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| CHARON COINS, LLC,<br><br>       Plaintiff,<br>v.<br><br>SONEA GRIFFITHS,<br><br>       Defendant. | Civil Action No. 7:21-cv-2777 |

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO ATTACH DEFENDANT'S
BANK ACCOUNTS OR FOR A PRELIMINARY INJUNCTION

# EXHIBIT C

## AFFIDAVIT OF SERVICE

| Case: | Court: UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF NEW YORK | County: NEW YORK | Job: |
|---|---|---|---|
| Plaintiff / Petitioner: CHARON COINS LLC | | Defendant / Respondent: SONEA GRIFFITHS | |
| Received by: JEMS Investigations LLC | | For: OSTER McBRIDE PLLC | |
| To be served upon: SONEA GRIFFITHS | | | |

I, Erik Marvin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SONEA GRIFFITHS, 151 Park Ave, Mt. Vernon, New York 10550
**Manner of Service:** Posted, Apr 20, 2021, 2:16 pm EDT
**Documents:** Summons, Complaint, Exhibits

**Additional Comments:**
1) Unsuccessful Attempt: Apr 9, 2021, 10:52 am EDT at 151 Park Ave, Mt. Vernon, New York 10550
I walked up to location and observed subject's name on the mailbox. I knocked on the door and a female's voice asked what I wanted. I asked for subject. I heard a female voice say "it's for you". A moment later an older female opened the door and asked what I wanted. I explained that I had paperwork for subject. Older female said she didn't know where subject was and closed the door.

2) Unsuccessful Attempt: Apr 10, 2021, 9:53 am EDT at 151 Park Ave, Mt. Vernon, New York 10550
Walked up to location and rang buzzer and knocked on door. No answer. Canvass of the area for subject's vehicle. Subject's vehicle located and confirmed with NYS DMV REGISTRATION check of EPH8770 a Black 2009 Lexus registered to GRIFFITHS, SONEA ,C of 151 Park Ave Mount Vernon, New York 10550 parked up the street from residence. Photo taken.

3) Unsuccessful Attempt: Apr 13, 2021, 7:20 pm EDT at 151 Park Ave, Mt. Vernon, New York 10550
Walked up to door and rang buzzer. A young female answered the door and I asked for subject. Female responded that subject lives at upstairs apartment. I walked inside and up to apartment. I knocked on door and a female voice ask what I wanted, I explained that I had legal papers to serve. Female party was overheard talking to another female and stated " I'll tell him your not here." Female voice then said party was not home. I explained that the party's vehicle was outside. Female voice said she's not home. Papers taped to front door.

4) Unsuccessful Attempt: Apr 16, 2021, 2:57 pm EDT at 151 Park Ave, Mt. Vernon, New York 10550
Main entrance locked. No answer at buzzer. Subject vehicle NYS REGISTRATION EPH8770 parked in front of residence

5) Unsuccessful Attempt: Apr 17, 2021, 12:45 pm EDT at 151 Park Ave, Mt. Vernon, New York 10550
Walked up to location. Rang buzzer and knocked on door, no answer. Main entrance locked. Subject's vehicle NYS REGISTRATION EPH8770 parked in front of location.

6) Successful Attempt: Apr 20, 2021, 2:16 pm EDT at 151 Park Ave, Mt. Vernon, New York 10550 received by SONEA GRIFFITHS. Walked up to location and tried front door to apartments. Door was locked. I rang buzzer and a young male black who stated his name was Pete answered the door. I asked Pete if subject was home and he said no. I asked Pete if he lived at location and he said no, he was only doing some work to the apartment. I stated that subject's car was parked out front and Pete smiled and said "I don't know what to tell you, she's not here." I explained that these were very important legal papers for the subject and that I had to tape them to the front door. Papers taped to front door. Video and photos taken

Mailing: Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 151 Park Ave Mount Vernon, New York 10550, and marked personal and confidential with a return address not associated with an attorney or otherwise referred to any legal action on the envelope and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on 04/21/2021

_____  4/23/2021
Erik Marvin                Date

JEMS Investigations LLC
245 Saw Mill River RD STE #106
Hawthorne, New York 10532
914-564-7641

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
4/23/21         6/10/23
Date            Commission Expires

DENNIS W. DONOHUE JR.
Notary Public, State of New York
Reg. No. 01DO6393148
Qualified in Rockland County
Commission Expires 06/10/2023