IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| CHARON COINS, LLC,<br><br>        Plaintiff,<br>v.<br><br>SONEA GRIFFITHS,<br><br>        Defendant. | Civil Action No. 7:21-cv-2777 |

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO ATTACH DEFENDANT'S
BANK ACCOUNTS OR FOR A PRELIMINARY INJUNCTION

# EXHIBIT D

| | |
|---|---|
| **From:** | Jackson Kerr |
| **To:** | Steve Oster |
| **Cc:** | Lewis Tesser |
| **Subject:** | Charon Coins, LLC v. Sonea Griffiths - 21-cv-02777 - Adjournment |
| **Date:** | Tuesday, May 11, 2021 10:22:17 AM |

HI Steve,

I just left a voicemail on your cell phone. As I explained in the voicemail, Tesser Ryan has been retained by Ms. Griffith to review the complaint filed by Charon Coins, LLC and provide an analysis of her options moving forward. We have not been retained to appear in the lawsuit.

In order for us to have time to perform our due diligence and provide Ms. Griffiths with the proper analysis, we would ask for an adjournment of her time to answer for 30 days. If this alright with you, please let me know, and I can put a stip together to be signed and filed.

Please feel free to reach out if you have any questions or concerns.

Best,
Jackson

Jackson Kerr
Pending Admission to New York State Bar
Tesser, Ryan & Rochman, LLP
15 Fisher Lane, Suite 200
White Plains, New York 10603
Office: 914-368-4525  Fax: 914-368-4527
Email: jkerr@tesserryan.com
Website: www.tesserryan.com

Offices also in New York, New York

This message is intended only for the use of the individual or entity to which it is addressed, and may contain proprietary information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender and delete the original message. Thank you.