# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>　　　　　**Plaintiff,**<br>v.<br><br>**SONEA GRIFFITHS,**<br><br>　　　　　**Defendant.** | **Civil Action No. 7:21-cv-2777** |

## [PROPOSED] ORDER

This matter having come before the Court on Plaintiff Charon Coins, LLC's ("Charon"), Motion to Attach Defendant's Bank Accounts and for a Preliminary Injunction, it is the opinion of this Court that the Motion should be **GRANTED**, and it is hereby

**ORDERED**, that Defendant Sonea Griffiths' bank account(s) are frozen in the amount of $258,000.00 pending a determination of this action; and it is further

**ORDERED**, that Defendant Sonea Griffiths is enjoined from transferring, selling, or otherwise disposing of all Bitcoin obtained from Charon in her possession, custody, or control pending a determination of this action.

**DONE** and **ORDERED** this ___ day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VINCENT L. BRICCETTI
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE