UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARON COINS, LLC,
                Plaintiff,
v.

SONEA GRIFFITHS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 2777 (VB)

On June 11, 2021, plaintiff filed a motion to attach defendant's bank accounts or for a preliminary injunction (Doc. #13), and a letter-motion requesting leave to serve a subpoena on BMO Harris Bank, N.A., prior to satisfying the meet and confer requirements of Fed. R. Civ. P. 26(f). (Doc. #15). Accordingly, it is HEREBY ORDERED:

1. A conference in this case is scheduled for **June 18, 2021, at 4:00 p.m.**, at which the matters raised in plaintiff's motion (Doc. #13) and letter-motion (Doc. # 15) will be addressed. Defendant, proceeding pro se, and counsel for plaintiff shall attend the conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**

    **Access Code:**    **1703567**

2. By **June 16, 2021**, plaintiff's counsel shall submit a supplemental letter with respect to its letter-motion and set forth therein the applicable Federal Rules of Civil Procedure under which it is proceeding and addressing the applicable standards courts apply when deciding whether expedited discovery is appropriate. See Ayyash v. Bank Al–Madina, 233 F.R.D. 325, 326–27 (S.D.N.Y. 2005).

3.  By no later than **June 14, 2021**, plaintiff's counsel shall serve this Order on defendant by email, and file proof of service on the docket.

Dated: June 11, 2021
       White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti
United States District Judge