**Oster McBride**

**1320 19th Street, N.W., Suite 601**
**Washington, DC, 20036**

**2000 Duke Street, Suite 300**
**Alexandria, VA 22314**

**Evgenia V. Sorokina**
Tel: 240.481.8946
Fax: 703.747.5862
Email: esorokina@ostermcbride.com

June 18, 2021

<u>VIA CM/ECF</u>

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 630
White Plains NY 10601

      **RE:**  *Charon Coins, LLC v. Sonea Griffiths*
            Case No. 7:21-cv-2777
            **Request for Telephone Conference**

Honorable Judge Briccetti,

    On behalf of the Plaintiff, Charon Coins, LLC ("Charon"), I respectfully request Your Honor schedule a status conference to discuss pending motions and Defendant Sonea Griffiths' answer, filed *pro se*.

    This case arises out of Plaintiff's selling $258,000 of Bitcoin to Ms. Griffiths. Although she initially made payment, Charon's bank, BMO Harris, N.A. ("BMO") claimed to have received a "fraud affidavit." As a result, BMO froze Charon's account and returned the purchase money to Ms. Griffiths. Ms. Griffiths admitted having received the Bitcoin, but has failed to repay the purchase price.

    Charon has a pending Motion to Attach Ms. Griffiths' bank account or for an injunction ordering her to return the Bitcoin. While that motion was pending, Ms. Griffiths filed an answer that does not deny any of the elements of Charon's claims. Instead, she states her bank account at TD Bank is already frozen. Under the circumstances, Charon requests the Court hold a status conference in order to determine whether the purchase money remains in Ms. Griffiths' account, why TD Bank has frozen the account, and what relief is appropriate and available to Charon.

We are emailing and mailing a copy of this motion to Ms. Griffiths.

Respectfully submitted,

/s/

Evgenia V. Sorokina<br>
N.Y. Bar No. 4607479<br>
*Counsel to Plaintiff Charon Coins, LLC*

# CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of this letter to be sent by electronic and first class mail to the Defendant, Sonea Griffiths.

Sonea Griffiths
151 Park Avenue
Mt. Vernon, NY 10550
Soneasing@gmail.com

June 18, 2021                                    /s/ Evgenia V. Sorokina
                                                 Evgenia V. Sorokina