IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>　　　　　Plaintiff,<br>v.<br><br>**SONEA GRIFFITHS,**<br><br>　　　　　Defendant. | Civil Action No. 7:21-cv-2777 (VB) |

## MOTION FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Steven M. Oster hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Charon Coins, LLC, a Colorado limited liability company, in the above-captioned action.

　　　　I am in good standing of the bar in the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

June 21, 2021　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven Oster*
　　　　　　　　　　　　　　　　　　　　　　　　Steven M. Oster
　　　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 376030
　　　　　　　　　　　　　　　　　　　　　　　**Oster McBride PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1320 19th Street NW, Suite 601
　　　　　　　　　　　　　　　　　　　　　　　Washington DC, 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 596-5291
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 747-5962
　　　　　　　　　　　　　　　　　　　　　　　Email: soster@ostermcbride.com

## CERTIFICATE OF SERVICE

I certify I caused the attached Motion for Admission *Pro Hac Vice* to be served by electronic mail and by first-class mail, postage prepaid, to the defendant, Sonea Griffiths at her residence:

> Sonea Griffiths
> 151 Park Avenue
> Mt. Vernon, NY 10550
> Soneasing@gmail.com

June 21, 2021                                              */s/ Steven M. Oster*
                                                           Steven M. Oster