## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC,

       Plaintiff,

v.

SONEA GRIFFITHS,

       Defendant.

Civil Action No. 7:21-cv-2777

## AFFIDAVIT OF STEVEN M. OSTER IN SUPPORT
## OF HIS MOTION FOR ADMISSION PRO HAC VICE

1.     I, Steven M. Oster, over 18 years of age, solemnly swear under the penalty of perjury according to the laws of the United States of America that the following is true and correct.

2.     I am a member in good standing of the bar in the District of Columbia.

3.     I am admitted to practice before the United States District Courts for the District of Columbia, the Middle District of Florida, and the Northern District of New York; the United States Courts of Appeals for the District of Columbia, the 4th Circuit, the 11th Circuit and the Federal Circuit; and the United States Supreme Court.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.     There are no disciplinary proceedings against me.

June 21, 2021

Respectfully submitted,

Steven M. Oster
DC Bar No. 376030

State of Virginia    )
               ) ss:
Town of Vienna    )

On the 21st day of June in the year 2021, before me, the undersigned notary public, personally appeared Steven M. Oster, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

My commission expires  01/31/2022

NOTARY
PUBLIC
REG. #7800240
MY COMMISSION
EXPIRES
01/31/2022

AFOMIA SOLOMON KEENE
COMMONWEALTH OF VIRGINIA