UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

**Charon Coins, LLC,**
                       Plaintiff,

        -against-                            7:21-cv-2777 (VB)

**Sonea Griffiths,**                            ORDER FOR ADMISSION
                       Defendant.                      PRO HAC VICE

      The motion of <u>Steven M. Oster</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of <u>the District of Columbia;</u> and that his contact information is as follows(please print):

      Applicant's Name: <u>Steven M. Oster</u>

      Firm Name: <u>Oster McBride PLLC</u>

      Address: <u>1320 19th Street, N.W., Suite 601</u>

      City / State/ Zip: <u>Washington, DC 20036</u>

      Telephone/ Fax: <u>202.596.5291/202.747.5862</u>

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Plaintiff Charon Coins, LLC,</u> in the above entitled action;

      IT **IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                       _____

                                                        United States District / Magistrate Judge