UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
CHARON COINS, LLC,
                Plaintiff,

v.

SONEA GRIFFITHS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 2777 (VB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021
```

       By Order dated June 11, 2021, the Court scheduled a conference for June 18, 2021, at 4:00 p.m., to discuss matters raised in (i) plaintiff's motion to attach defendant's bank accounts or for a preliminary injunction, and (ii) plaintiff's letter-motion requesting leave to serve a subpoena on BMO Harris Bank, N.A., prior to satisfying the meet and confer requirements of Fed. R. Civ. P. 26(f). (Doc. #16). The Order also required plaintiff's counsel to submit a supplemental letter with respect to its letter-motion, serve the Order on defendant by email, and file proof of service on the docket. The docket indicates that plaintiff's counsel Evgenia Viktorovna Sorokina, Esq., received a notice of electronic filing of the Court's June 11 Order at esorokina@ostermcbride.com.

       To date, plaintiff's counsel has not filed a supplemental letter with respect to its letter-motion or filed on the docket proof of service on defendant of the June 11 Order.

       On June 18, 2021, plaintiff filed a letter-motion requesting the Court schedule a conference to discuss plaintiff's pending motions and defendant's answer, filed pro se.

       Upon receipt of plaintiff's June 18 letter-motion, the Court contacted Ms. Sorokina who stated that she was not aware of the Court's June 11 Order and therefore had not served the June 11 Order on defendant by email.

       Accordingly, it is HEREBY ORDERED:

1.       The conference in this case scheduled for June 18, 2021, is **ADJOURNED** to **June 25, 2021, at 4:00 p.m.**, at which the matters raised in plaintiff's motion (Doc. #13) and letter-motion (Doc. # 15) will be addressed. Defendant, proceeding pro se, and counsel for plaintiff shall attend the conference by calling the following number and entering the access code when requested:

**Dial-In Number:**     **(888) 363-4749 (toll free) or (215) 446-3662**

**Access Code:**        **1703567**

2.       By **June 23, 2021**, plaintiff's counsel shall submit a supplemental letter with respect to its letter-motion requesting leave to serve a subpoena and set forth therein the applicable Federal Rules of Civil Procedure under which it is proceeding and addressing the applicable standards courts apply when deciding whether expedited discovery is appropriate. See Ayyash v. Bank Al–Madina, 233 F.R.D. 325, 326–27 (S.D.N.Y. 2005).

3.       By no later than **June 22, 2021**, plaintiff's counsel shall serve this Order on defendant by email, and file proof of service on the docket.

4.       The Clerk's office is instructed to terminate plaintiff's letter-motion for a conference. (Doc. #17)

Dated: June 21, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge