# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT NEW YORK

**CHARON COINS, LLC**

     **Plaintiff,**

  **v.**                                          **Civil Action No. 7:21-cv-02777-VB**

**SONEA GRIFFITHS,**
,

     **Defendant.**
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I served this Court's June 21, 2021 Order scheduling a status conference for June 25, 2021 at 4:00 PM by electronic mail to Defendant Sonea Griffiths at the following address: [soneasing@gmail.com](mailto:soneasing@gmail.com). I also sent a copy of the Order by Priority Mail to Ms. Griffiths, USPS Tracking No. 9410 8036 0138 2707 66 as a precaution since Ms. Griffiths has not responded to any prior emails.

June 22, 2021                                                        Respectfully submitted,

                                                                 **/s/ Steven M. Oster**
                                                                  Steven M. Oster
                                                                  **OSTER MCBRIDE, PLLC**
                                                                   1320 19th Street, N.W., Suite 601
                                                                   Washington, DC, 20036
                                                                   esorokina@ostermcbride.com

                                                                   *Attorneys for Charon Coins, LLC*