UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charon Coins, LLC,

                  Plaintiff,

-against-

Sonea Griffiths,

                  Defendant.

7:21-cv-2777 (VB)

ORDER FOR ADMISSION
PRO HAC VICE

    The motion of <u>Steven M. Oster</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of <u>the District of Columbia</u>; and that his contact information is as follows (please print):

    Applicant's Name: <u>Steven M. Oster</u>

    Firm Name: <u>Oster McBride PLLC</u>

    Address: <u>1320 19th Street, N.W., Suite 601</u>

    City / State/ Zip: <u>Washington, DC 20036</u>

    Telephone/ Fax: <u>202.596.5291/202.747.5862</u>

Copies Mailed/Faxed 6/22/21
Chambers of Vincent L. Briccetti

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Plaintiff Charon Coins, LLC,</u> in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/22/21

United States District / ~~Magistrate~~ Judge