**Oster**
**McBride**

1320 19th Street, N.W., Suite 601
Washington, DC, 20036

2000 Duke Street, Suite 300
Alexandria, VA 22314

## Steven M. Oster
**Tel: 202.596.5291**
**Fax: 703.747.5862**
**Email: soster@ostermcbride.com**

### June 23, 2021

<u>*VIA CM/ECF and U.S. Mail*</u>

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 630
White Plains NY 10601

RE:   *Charon Coins, LLC v. Sonea Griffiths,* No. 7:21-cv-2777
         **Withdrawal of Motion for Leave to Serve Subpoena**

Honorable Judge Briccetti,

Plaintiff Charon Coins, LLC, ("Charon"), respectfully withdraws its June 11, 2021 Letter Motion for Leave to Serve a Subpoena Duces Tecum on BMO Harris Bank, N.A. ("BMO"). Charon also respectfully requests the Court vacate that part of its June 21, 2021 Order directing Charon to provide authority for early discovery.

Charon does not withdraw its motion for a status conference and looks forward to discussing the case with Defendant Sonea Griffiths and the Court on June 25, 2021.

Since Charon filed its Motion for Leave, counsel has had the opportunity to review Ms. Griffith's answer to the Complaint. Based on her answer, it appears Ms. Griffiths does not dispute the allegations of the Complaint regarding her transactions with Charon, believes the purchase money owed Charon is being held by TD Bank, and even suggested Charon sue TD Bank to recover the funds. Under the circumstances, there does not appear to be any need to serve a subpoena on BMO.

Ms. Griffith's answer suggests the case be resolved without discovery and, further, that Charon's pending Motion to Attach Ms. Griffith's bank account and for a Preliminary Injunction may be moot if the parties can resolve Charon's claims by releasing the funds currently held by TD Bank..

Admitted in D.C. only

Accordingly, Charon respectfully requests its Motion for Leave be withdrawn and the Court's order that Charon provide authority for early discovery be vacated as moot.

Respectfully submitted,

*/s/ Steven M. Oster*
Steven M. Oster
*Pro Hac Vice* Admission

Counsel to Plaintiff Charon Coins, LLC

cc:   Defendant Sonea Griffiths (by email and U.S. Mail)
      Evgenia Sorokina, Esq.

## **CERTIFICATE OF SERVICE**

This will certify the attached Letter was served by first-class mail, postage prepaid, to

the defendant, Sonea Griffiths at her residence:

> Sonea Griffiths
> 151 Park Avenue
> Mt. Vernon, NY 10550
> Soneasing@gmail.com

June 23, 2021                                                         */s/ Steven M. Oster*
                                                                     Steven M. Oster