IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

**CHARON COINS, LLC,**

      **Plaintiff,**

  v.                                 Civil Action No. 7:21-cv-02777-VB

**SONEA GRIFFITHS,**

      **Defendant.**
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I served this Court's October 23, 2021 Order (Dkt. 23) by electronic mail on Defendant Sonea Griffiths at the following address: soneasing@ymail.com, after confirming her correct email address by telephone today. I also served on Ms. Griffths by email copies of the Court's October 21, 2021 Order (Dkt. 19) and Charon's Letter withdrawing its Motion for Leave to Serve a Subpoena Duces Tecum on BMO Harris Bank, N.A. (Dkt. 22). Finally, I orally confirmed Ms. Griffiths is aware of the telephone hearing Friday afternoon at 4 PM and has the dial-in instructions.

June 23, 2021                                         Respectfully submitted,

                                                  **/s/ Steven M. Oster**
                                                  Steven M. Oster
                                                  **OSTER MCBRIDE, PLLC**
                                                  1320 19th Street, N.W., Suite 601
                                                  Washington, DC, 20036
                                                  Tel: 202.596.5291
                                                  Fax: 202.747.5862
                                                  soster@ostermcbride.com

                                                  *Attorneys for Charon Coins, LLC*