```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARON COINS, LLC,
                Plaintiff,
v.

SONEA GRIFFITHS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 2777 (VB)

       The Court conducted a conference today, at which defendant and counsel for plaintiff appeared by telephone. Accordingly, it is HEREBY ORDERED:

    1.    By **July 6, 2021**, plaintiff shall file an amended complaint ("AC").

    2.    By **July 20, 2021**, defendant shall answer, move, or otherwise respond to the AC.

    3.    A status conference in this case is scheduled for **September 1, 2021, at 3:00 p.m.** Defendant and counsel shall attend this conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

        **Access Code:**    1703567

    4.    Plaintiff's pending motion to attach defendant's bank account or for a preliminary injunction is **DENIED** without prejudice. (Doc. #13).

    5.    The Clerk is directed to terminate the pending motion. (Doc. #13).

       The Court will mail a copy of this Order to plaintiff at her address listed on the docket.

Dated: June 25, 2021
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge