IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SONEA GRIFFITHS,**<br><br>Defendant. | Civil Action No. 7:21-cv-2777 (VB) |

## [PROPOSED] ORDER

This matter having come before the Court on Plaintiff Charon Coins, LLC's ("Charon"), Letter Motion for Leave to Serve *Subpoenas Duces Tecum* on BMO Harris Bank, N.A. and TD Bank, N.A., it is the opinion of this Court that the Motion should be **GRANTED**, and it is hereby

**ORDERED**, that Charon may serve *Subpoenas Duces Tecum* on BMO Harris Bank, N.A. and TD Bank, N.A.

**DONE** and **ORDERED** this ___ day of _____, 2021.

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE