IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

      Plaintiff,

v.                                    Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

      Defendant.
_____/

## SECOND AMENDED COMPLAINT

# EXHIBIT A

# Exhibit A:



Nate Letteney <nate@charoncoins.com>

---

**Nate Letteney** <nate@charoncoins.com>                                         Fri, Jan 29, 2021 at 5:51 PM
To: soneasing@ymail.com

Hello,

   Thanks for choosing Charon Coins. We would be happy to assist you with all your BTC endeavors. We currently only accept Domestic Wire Transfers at this time. Please fill out our On-Boarding Form located at this link https://forms.gle/tkMLFyAB1fuG6yRV8

   Once we have this response, have a phone conversation, and you send us a photo of your Photo ID as well as a photo of yourself holding the same Photo ID, we can begin our transaction process.
Our Rates are as follows :

***Rates***
$0-$4999 = 9.65%
$5000-$14,999 = 8.65%
$15,000-$29,999 = 7.65%
$30,000-$99,999 = 6.65%
$100,000+ = 5.65%


Any questions please don't hesitate to ask!


-Nathan L

---

**Sonea Griffiths** <soneasing@ymail.com>                                         Mon, Feb 1, 2021 at 9:06 AM
To: Nate Letteney <nate@charoncoins.com>

Good morning, Nate  following up on the application I did fill out and email to you. I did not take a picture as yet that was not requested in the application; please let me know if I have to send a picture of my drivers license; thanks Sonea


Sent from Yahoo Mail for iPhone
[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>                                         Mon, Feb 1, 2021 at 10:21 AM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,


   Thank you, I see your Completed Form Response.

In addition I will need a photo of your Photo ID and one of you holding your Photo ID with face visible.

Thank you
-Nathan L
Milwaukee Office Manager
[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                         Mon, Feb 1, 2021 at 12:27 PM



Attached.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**3 attachments**


**scan_1.pdf**
220K


**scan_2.pdf**
264K


**scan_3.pdf**
102K

---

**Nate Letteney** <nate@charoncoins.com>  Mon, Feb 1, 2021 at 12:34 PM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Thank you, is it possible to retake and send just the close up Photo ID photos? They ended up being rather blurry.

-Nathan L
[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Mon, Feb 1, 2021 at 12:52 PM
To: Nate Letteney <nate@charoncoins.com>

Sure, no problem.





Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**2 attachments**

 **scan_1.pdf**
292K

 **scan_2.pdf**
244K

**Nate Letteney** <nate@charoncoins.com>                                             Mon, Feb 1, 2021 at 1:16 PM
To: Sonea Griffiths <soneasing@ymail.com>

Great, thank you so much.

 Attached are our Wire Transfer Instructions.

Please let us know for how much and when you intend to make the Wire Transfer so we can provide a Reference Number to be added to the details.

Let me know if you have any questions.

-Nathan L
Milwaukee Office Manager

[Quoted text hidden]

 **DJG BMO Deposit Wire Instructions (1).pdf**
301K

**Sonea Griffiths** <soneasing@ymail.com>                                             Mon, Feb 1, 2021 at 1:35 PM
To: Nate Letteney <nate@charoncoins.com>

Got it.I will wire the Money tomorrow it's snowing lifted crazy here in NY. Thank you

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**Sonea Griffiths** <soneasing@ymail.com>                                             Mon, Feb 1, 2021 at 1:38 PM
To: Nate Letteney <nate@charoncoins.com>

Also do I get a reference

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**Sonea Griffiths** <soneasing@ymail.com>                                             Mon, Feb 1, 2021 at 1:39 PM
To: Nate Letteney <nate@charoncoins.com>

When I go to my bank want to have a reference

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Mon, Feb 1, 2021 at 1:50 PM
To: Nate Letteney <nate@charoncoins.com>

$64,000 will be wired tomorrow From TD bank

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>     Mon, Feb 1, 2021 at 2:11 PM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

  Perfect. Thank you for the heads up.

$64,000 Reference # 0064


-Nathan L
Milwaukee Office Manager

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 6:57 AM
To: Nate Letteney <nate@charoncoins.com>

Wired trans action done yesterday need to confirm you received it thanks ; Sonea

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

📄 **scan_1.pdf**
1559K

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 7:34 AM
To: Nate Letteney <nate@charoncoins.com>

I am send my wallet address



# My Bitcoin Wallet
0.0 BTC





**Wallet Address**

**Copy Address**

**Share Address**

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  
To: Nate Letteney <nate@charoncoins.com>  
Wed, Feb 3, 2021 at 8:29 AM

Hello , Nate I forgot I have two addre    I will like to u e thi  addre   instead please  send me Confirmation of payment to my email when it's done I would  appreciate; and text me if you need anything else' Sonea Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>  
To: Sonea Griffiths <soneasing@ymail.com>  
Wed, Feb 3, 2021 at 9:45 AM

Sonea,

   Just FYI our hours are 10am - 6pm CST.

We saw the wire pending yesterday as we were closing, but it was not fully posted with Ref # at that time.

In 15 min, at 10am, our Backend facilitator will be able to check that it has fully posted and we will lockin immediately at the current rate of BTC minus our fee of 6.65%.

We will then send to the Second Wallet Address you have provided above:

To confirm on record, this is a wallet that you fully own, operate, and control?

-Nathan L  
Milwaukee Office Manager

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>  
Wed, Feb 3, 2021 at 10:41 AM

To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Sonea Griffiths $64,000 locked in at $36,978.79@6.65% for 1.6228053 BTC

We sent a test amount to the wallet address you provided. Please confirm the amount of BTC for us to release the rest of the funds.

-Nathan L
Milwaukee Office Manager

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 10:42 AM
To: Nate Letteney <nate@charoncoins.com>

Sounds good!

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 12:18 PM
To: Nate Letteney <nate@charoncoins.com>

Correct.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 12:22 PM
To: Nate Letteney <nate@charoncoins.com>

Yes $37 dollars

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 12:30 PM
To: Nate Letteney <nate@charoncoins.com>

I received the text thank you;

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 12:41 PM
To: Nate Letteney <nate@charoncoins.com>

Confirm the release of the BTC

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 12:52 PM
To: Nate Letteney <nate@charoncoins.com>

You mean 0.001 is equal to 37$

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Wed, Feb 3, 2021 at 1:01 PM
To: Nate Letteney <nate@charoncoins.com>

Thank you I received $60,000 equal 0.6218053 I learned something new thanks Nate confirm BTC; I appreciate all you hard work and help.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>     Wed, Feb 3, 2021 at 1:16 PM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Awesome! Here are the final details, the blockchain receipt showing the lint of btc that left our wallet and was sent to your wallet.

https://www.blockchain.com/btc/tx/REDACTED

-Nathan L
[Quoted text hidden]

**8 attachments**


IMG_2323.jpeg
1815K

IMG_2331.jpeg
1830K





IMG_2322.jpeg
1804K





IMG_2342.PNG
392K





IMG_2331.jpeg
1830K



IMG_2322.jpeg
1804K

IMG_2342.PNG
392K






IMG_2323.jpeg
1815K

**Sonea Griffiths** <soneasing@ymail.com>  Wed, Feb 3, 2021 at 7:03 PM
To: Nate Letteney <nate@charoncoins.com>

Thank you

Sent from Yahoo Mail for iPhone

[Quoted text hidden]