IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

**CHARON COINS, LLC**

        **Plaintiff,**

  v.                                         **Civil Action No. 7:21-cv-02777-VB**

**SONEA GRIFFITHS,**
,

        **Defendant.**
_____/

## SECOND AMENDED COMPLAINT

# EXHIBIT B

**Sonea Griffiths** <soneasing@ymail.com>     Thu, Feb 4, 2021 at 10:55 AM
To: Nate Letteney <nate@charoncoins.com>

Hello , Nate it's Sonea just wanted to know which other services are products does your company buys;

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Thu, Feb 4, 2021 at 11:27 AM
To: Nate Letteney <nate@charoncoins.com>

I should of said sell; wanted to buy more BTC

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>     Thu, Feb 4, 2021 at 3:14 PM
To: Nate Letteney <nate@charoncoins.com>

Hello ,Nate wanted to buy more BTC maybe I can set it up for tomorrow if that's possible $154,000

thanks Sonea

---

**Sonea Griffiths** <soneasing@ymail.com>     Thu, Feb 4, 2021 at 6:09 PM
To: Nate Letteney <nate@charoncoins.com>

Ok

Sent from Yahoo Mail for iPhone

On Thursday, February 4, 2021, 4:29 PM, Nate Letteney <nate@charoncoins.com> wrote:

> Sonea,
>
> We would be able to handle that sized transaction.
>
> To do so we will need a Source of Funds form filled out for our records. Attached is the form. As well as have a follow up EDD discussion. Extra Due Diligence, just to reiterate some of the disclaimers.
>
> For all transactions forward, we need you to add your full name and the reference number we provide in the " Wire Details" section of the wire transfer. Should be a field you can add details/notes to. This will help us in the backend.
>
> -Nathan L
> Milwaukee Office Manaager
> [Quoted text hidden]















