IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

    Plaintiff,

v.                                   Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

    Defendant.
_____/

SECOND AMENDED COMPLAINT

# EXHIBIT C

# Exhibit C:

**Sonea Griffiths**

**S:** Morning Nate it's Sonea wanted to buy $40.000 BTC
Feb 11, 10:29 AM

**Me:** Hello Sonea, are you looking to make this Wire Today?
Feb 11, 10:34 AM

**S:** If possible
Feb 11, 10:34 AM

Yes

If we can do that it will be great
Feb 11, 10:37 AM

**Me:** We can do that. Please send me the Wire Transfer Transaction



← **Sonea Griffiths**

> We can do that. Please send me the Wire Transfer Transaction Receipt when you make the Wire Transfer and we will be on the lookout.

Feb 11, 10:40 AM

Ok thanks

Feb 11, 10:45 AM



Type a message





