## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT NEW YORK

**CHARON COINS, LLC**

        **Plaintiff,**

    **v.**

**SONEA GRIFFITHS,**

,

        **Defendant.**

_____/

**Civil Action No. 7:21-cv-02777-VB**

## SECOND AMENDED COMPLAINT

# EXHIBIT E

To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Sonea Griffiths $64,000 locked in at $36,978.79@6.65% for 1.6228053 BTC

We sent a test amount to the wallet address you provided. Please confirm the amount of BTC for us to release the rest of the funds.

-Nathan L
Milwaukee Office Manager

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                          Wed, Feb 3, 2021 at 10:42 AM
To: Nate Letteney <nate@charoncoins.com>

Sounds good!

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                          Wed, Feb 3, 2021 at 12:18 PM
To: Nate Letteney <nate@charoncoins.com>

Correct.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                          Wed, Feb 3, 2021 at 12:22 PM
To: Nate Letteney <nate@charoncoins.com>

Yes $37  dollars

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                          Wed, Feb 3, 2021 at 12:30 PM
To: Nate Letteney <nate@charoncoins.com>

I received the text thank you;

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                                          Wed, Feb 3, 2021 at 12:41 PM
To: Nate Letteney <nate@charoncoins.com>

Confirm the release of the BTC

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                    Wed, Feb 3, 2021 at 12:52 PM
To: Nate Letteney <nate@charoncoins.com>

You mean 0.001 is equal to 37$

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Sonea Griffiths** <soneasing@ymail.com>                    Wed, Feb 3, 2021 at 1:01 PM
To: Nate Letteney <nate@charoncoins.com>

Thank you I received $60,000 equal 0.6218053 I learned something new thanks Nate confirm BTC; I appreciate all you hard work and help.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**Nate Letteney** <nate@charoncoins.com>                    Wed, Feb 3, 2021 at 1:16 PM
To: Sonea Griffiths <soneasing@ymail.com>

Sonea,

Awesome! Here are the final details, the blockchain receipt showing the lint of btc that left our wallet and was sent to your wallet.

REDACTED

-Nathan L

[Quoted text hidden]

**8 attachments**



**IMG_2323.jpeg**
1815K

**IMG_2331.jpeg**
1830K









