IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

       Plaintiff,
  v.                                Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,
,

       Defendant.
_____/

**SECOND AMENDED COMPLAINT**

# EXHIBIT F

Exhibit F: Case 7:21-cv-02777-VB   Document 28-6   Filed 07/06/21   Page 2 of 4



**FW: BMO Harris / DJG**



REDACTED

**Benjamin R. Prinsen**
ATTORNEY

**Kravit ▪ Hovel & Krawczyk, s.c.**
825 N. Jefferson, Milwaukee, WI 53202-3737
414-271-7100  x272         fax 414-271-8135
brp@kravitlaw.com         www.kravitlaw.com

*The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney/client or attorney work product communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient: (1) You are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited; (2) Please delete this email and destroy any copy. Thank you.*

_____

**From:** Aldort, Julie <Julie.Aldort@bmo.com>
**Sent:** Friday, March 5, 2021 1:11 PM
**To:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Cc:** Dawn M. Head <dmh@kravitlaw.com>
**Subject:** RE: BMO Harris / DJG

Ben,

Below is the information that was previously provided to the customer regarding the returned wires. It shows the financial institution's suggest reaching out to them to find out why they believed there was fraud and why they requested the return. All of the wires have been returned, but the wires to Wells Fargo totaling $3,053.55. The customer made a cash deposit of $2,010.00 on 1/25/21. BMO has issued a Cashier's Check payable to DJG Holdings and sent it to the address on file for that sum. The remaining funds ($1,959.24) will be returned to Wells Fargo as a part a wire return on 3/15/21.

| Tran ID | Debit Party ID | Debit Party Name | Credit Party ID | Credit Party Name | Status | Amount | Currency | DTTM Received |
|---|---|---|---|---|---|---|---|---|
| HAR210119956882 | | REGIONS BK BHAM | | DJG HOLDINGS LLC | Completed | 5,000.00 | USD | 2021-01-19 10:52:19:372 |
| HAR210125052995 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,050.00 | USD | 2021-01-25 15:54:17:312 |
| HAR210128108706 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,003.05 | USD | 2021-01-28 11:49:40:929 |
| HAR210202190791 | | TD BANK | | DJG HOLDINGS LLC | Completed | 64,000.00 | USD | 2021-02-02 13:31:58:130 |
| HAR210205255024 | | TD BANK | | DJG HOLDINGS LLC | Completed | 154,000.00 | USD | 2021-02-05 14:35:13:825 |
| HAR210208267153 | | JPMORGAN CHASE | | DJG HOLDINGS LLC | Completed | 6,000.00 | USD | 2021-02-08 08:02:56:356 |
| HAR210211332117 | | WELLS FARGO SF | | DJG HOLDINGS LLC | Completed | 1,000.50 | USD | 2021-02-11 11:25:01:853 |
| HAR210211334335 | | TD BANK | | DJG HOLDINGS LLC | Completed | 40,000.00 | USD | 2021-02-11 12:38:11:344 |

**From:** Benjamin R. Prinsen <brp@kravitlaw.com>
**Sent:** Friday, March 5, 2021 12:13 PM
**To:** Aldort, Julie <Julie.Aldort@bmo.com>
**Cc:** Dawn M. Head <dmh@kravitlaw.com>
**Subject:** RE: BMO Harris / DJG

**External Email:** Use caution with links and attachments    **Courriel externe :** Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes

Julie,

Thank you for the email, but this is very vague.

What funds were returned? All the funds in the account (I believe 8 wires)? When did BMO receive the request to return the funds and from whom? Where were they sent? When were they returned?

Our client's account was frozen for 11 days with almost no information, and now, for the first time, we are finding out that the funds were returned without authorization, consent, or even notice. We have no information as to the basis of the assertion that a "fraud" occurred here, or whether that is BMO's belief or someone else's. I need to understand the details of how and why this occurred.

Please feel free to contact me any time today.

Ben

_____

**Benjamin R. Prinsen**
ATTORNEY

**Kravit • Hovel & Krawczyk, s.c.**

825 N. Jefferson, Milwaukee, WI 53202-3737

414-271-7100  x272        fax 414-271-8135

brp@kravitlaw.com         www.kravitlaw.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney/client or attorney work product communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient: (1) You are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited; (2) Please delete this email and destroy any copy. Thank you.

_____

**From:** A dort, Ju e <Ju e A dort@bmo com>
**Sent:** Fr day, March 5, 2021 11 46 AM
**To:** Benjam n R  Pr nsen <brp@krav t aw com>
**Subject:** FW  BMO Harr s / DJG

Ben,

John K rt ey forwarded your ema   to me regard ng the DJG account   My understand ng  s that your c  ent was adv sed that the freeze had been made pursuant to h s depos t agreement w th the Bank based on adv ces that the depos ts  nto the account were fraudu ent   The financ a  nst tut ons or g nat ng the depos ts requested that the funds be returned   BMO has returned the funds   Thus, your c  ent shou d contact the or g nat ng financ a  nst tut ons to find out the bas s for the fraud a  egat ons   The account rema ns frozen pend ng the fraud  nvest gat on    f your c  ent wou d   ke to prov de add t ona   nformat on to BMO's fraud  nvest gators for the r cons derat on, p ease  et me know or have h m reach out to them d rect y

Best regards,

**Julie Rodriguez Aldort** (Pronouns  She/Her)

Sen or Counse  & V ce Pres dent   Lega  & Regu atory Comp  ance  BMO F nanc a  Group  312 461 7905   ju  e a dort@bmo com

 his email and any a  achmen s are privileged and confiden ial   Any unau horized use or disclosure is prohibi ed    f you receive  his email in error, please no ify me by reply email and permanen ly dele e  he original wi hou  making any copies or disclosing i s con en s  BMO Financial Group is a brand name represen ing cer ain subsidiaries and affilia es of  he Bank of Mon real

**From:** Benjam n R  Pr nsen <brp@krav t aw com>
**Sent:** Fr day, March 5, 2021 8 57 AM
**To:** K rt ey, John <JK rt ey@gk aw com>
**Cc:** Dawn M  Head <dmh@krav t aw com>
**Subject:** BMO Harr s / DJG

**[EXTERNAL]** This message originated from outside your domain.

[Quoted text hidden]