IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

CHARON COINS, LLC

    Plaintiff,

v.                                Civil Action No. 7:21-cv-02777-VB

SONEA GRIFFITHS,

,

    Defendant.
_____/

## SECOND AMENDED COMPLAINT

# EXHIBIT G

| EDD Submission Form | |
|---|---|
| | |
| Customer Name: Sonea Griffiths | |
| Email Address: Soneasing@gmail.com | |
| Phone #: 914-255-8079 | |
| REDACT | |
| What is the purpose of your transaction? | |
| A: Personal Investment | a. Personal Investment |
| | |
| What is the source of funds being used to purchase the cryptocurrency? | |
| A: Personal Savings | a. Salary/Income from job or personal savings |
| | |
| What country is the beneficial owner of the blockchain address located in? | |
| USA | |