UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_CHARON COINS, LLC_

---

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

_Sorea Griffiths_

---

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:21 Civ. 02777 (VB)

**ANSWER**

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. (Please see attachment)
2.
3.
4.
5.
6.
7.
8.
9.
10.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHTHERN DISTRICT NEW YORK

SONEA GRIFFITHS,
    Defendant.

Civil Action No.7:21-cv-02777-VB

vs.

CHARON COINS, LLC,
    Plaintiff.

Defendant SONEA GRIFFITHS responding to the second amended complaint from plaintiff. Deny all allegations of intent to harm or defraud plaintiff.

July 20,2021

                                          SONEA GRIFFITHS;

1. Sonea did purchase ( BTC ) from Charon coins, it was confirmed received by Charon coins, the money was wired into there account. Charon coins ( BMO of Harris) would of not given Sonea the BTC unless they received the money.

2. DJG claimed ( BMO ) alleged that there was fraudulent activities , was it DJG, BMO, or TD Bank, who reverse the wire.

3. TD Bank Global Security And Investigation, the money or ACH was a ( BEC ) Business email compromise from the account of a holder at ( BOA ) Bank of America. ( ICY L. WILLIAWS ) affiliated with Adam Penny.

4.

   4,5, Deny all allegations of intent to harm or defraud Charon coins (BMO) As for what was written on the declaration of source of funds was Stanley Black & Decker, CDIY US INC.

   6,7,8, Deny causing punitive damages to Charon coins, Plaintiff should of file for punitive damages on BMO, TD BANK. FACTS: Defendant suffer loss, because bank account was frozen and still frozen . For the past five months; Sonea credit have been impacted. Defendant also seek punitive damages on the grounds of Sonea account being frozen and defendant bills are backed up. Sonea is outraged that TD. Bank is not responding to sonea concerns about account being frozen.

   9,10,11,12,13, Defendant reside at 151 Park ave Mount Vernon ,NY. And never try to hide that information

   14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30, Deny allegations above. Charon coins call the defendant, Sonea did respond to there phone calls until they had a psychiatrist call Sonea phone

31,32,33,34,35,36 ,( A,B,C) Deny breach of contract and innuendos of bad faith.

37,38,39,40,41,42,43, Deny claims of enrichment ,since defendant have no access to account.

44,45,46,47,48,49,50,51,52,53,54,55,56,57,58,59,60,61,62,63,64,65,66,67, 68, ( A, B ,C, D E, F, G) Black & Decker is not claiming the money. And is affiliated with CDIY. Deny all the above allegations. ( BMO of Harris ) or DJG is responsible for reversing the wire of the money back into Sonea account at TD Bank, therefore BMO IS RESPONSIBLE.

These institutions  BMO of Harris , TD Bank, BOA, after five months cannot or will not disclose or obtain what really happen to sonea account. Defendant have giving plaintiff the numbers of accounts and different numbers to get in touch with representative at TD Bank.