UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charon Coins, LLC

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

7:21 Civ. 02777 VB ( )

- against -

Sorea Griffiths

**NOTICE OF APPEARANCE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

Please take notice that I, **Sorea Griffiths**, a defendant in
_(name)_
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: White Plains, NY
_(town/city)        (state)_
July 20, 2021

Signature of Defendant: Sorea Griffiths

Address: 157 Park Avenue

City, State & Zip Code: Mount Vernon NY 10550

Telephone Number: 914-255-8079

Fax Number (if you have one)

Rev. 05/2007                                      3