

| | | |
|---|---|---|
| **1320 19th Street, N.W., Suite 601**<br>**Washington, DC, 20036** | | **2000 Duke Street, Suite 300**<br>**Alexandria, VA 22314** |

**Steven M. Oster**
Tel: 202.596.5291
Fax: 202.747.5862
Email : soster@ostermcbride.com

**September 9, 2021**

<u>*VIA CM/ECF*</u>

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street, Room 630
White Plains NY 10601

        **RE :**  *Charon Coins, LLC v. Sonea Griffiths*
               *Case No. 7:21-cv-2777*

Honorable Judge Briccetti,

    I write to advise the Court that TD Bank, N.A. ("TD") contacted Plaintiff Charon Coins, LLC, regarding Plaintiff's objections to TD's response to Plaintiff's subpoena *duces tecum*. Because TD has agreed to promptly produce the additional documents sought by Plaintiff, there is no present need to involve the Court in a discovery dispute.

    At last week's status conference, Your Honor invited Plaintiff to seek an Order to Show Cause why TD should not be held in contempt, and asked that it be filed no later than this week. In light of TD's response to Plaintiff's communications, Plaintiff will not file a motion at this time.

                                           Respectfully submitted,

                                           Steven M. Oster
                                           *Pro Hac Vice* Admission
                                           *Counsel to Plaintiff Charon Coins, LLC*

cc: Ms. Sonea Griffiths

    **Admitted in Washington, D.C. only**