# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>　　　　　　**Plaintiff,**<br>　v.<br><br>**SONEA GRIFFITHS,**<br><br>　　　　　　**Defendant.** | **Civil Action No. 7:21-cv-2777** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Charon Coins, LLC ("Charon") voluntarily dismisses this action without prejudice, each party to bear its own costs and attorney's fees. After having investigated the matter, Plaintiff has located the funds that are the subject of this action, has identified the claimants to such funds, and those parties have agreed to proceed in another forum with an interpleader action. Charon's claims against Defendant Griffiths may not need to be litigated. Ms. Griffiths has agreed to stipulate to dismissal of this case without prejudice. Accordingly, Charon voluntarily dismisses the within action.

January 28, 2022　　　　　　　　　　　　**Stipulated and agreed to**:

*/s/ Sonea Griffiths\**　　　　　　　　　　　　*/s/ Steven M. Oster*
Sonea Griffiths (*Pro se*)　　　　　　　　　　Evgenia Sorokina (NY Bar No. 4607479)
151 Park Avenue　　　　　　　　　　　　　Steven M. Oster (*Pro Hac Vic Admission*)
Mt. Vernon, NY 10550　　　　　　　　　　**Oster McBride PLLC**
Tel: (914)255-8079　　　　　　　　　　　　1320 19th Street NW, Suite 601
　　　　　　　　　　　　　　　　　　　　Washington DC, 20036
*Defendant*　　　　　　　　　　　　　　　Tel.: (202) 596-5291
　　　　　　　　　　　　　　　　　　　　Fax: (202) 747-5962
*\*Signed with Permission*　　　　　　　　　Email: soster@ostermcbride.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff*

## **CERTIFICATE OF SERVICE**

I will certify the attached Stipulation of Dismissal was served by electronic mail on the defendant, Sonea Griffiths:

    Sonea Griffiths
    151 Park Avenue
    Mt. Vernon, NY 10550
    Soneasing@ymail.com

January 28, 2022                          */s/ Steven M. Oster*
                                                    Steven M. Oster