IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| **CHARON COINS, LLC,**<br><br>    **Plaintiff,**<br>v.<br><br>**SONEA GRIFFITHS,**<br><br>    **Defendant.** | Civil Action No. 7:21-cv-2777 |

### [PROPOSED] ORDER

This matter having come before the Court on Plaintiff Charon Coins, LLC's, voluntary dismissal of the within action and Defendant Sonea Griffiths' stipulation thereto, it is hereby

**ORDERED**, that the within action is dismissed without prejudice, each party to bear its own attorney's fees and costs.

**DONE** and **ORDERED** this __ day of _____, 2022.

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE