IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| CHARON COINS, LLC,<br><br>    Plaintiff,<br>v.<br><br>SONEA GRIFFITHS,<br><br>    Defendant. | Civil Action No. 7:21-cv-2777 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Charon Coins, LLC ("Charon") voluntarily dismisses this action without prejudice, each party to bear its own costs and attorney's fees. After having investigated the matter, Plaintiff has located the funds that are the subject of this action, has identified the claimants to such funds, and those parties have agreed to proceed in another forum with an interpleader action. Charon's claims against Defendant Griffiths may not need to be litigated. Ms. Griffiths has agreed to stipulate to dismissal of this case without prejudice. Accordingly, Charon voluntarily dismisses the within action.

January 28, 2022                                          Stipulated and agreed to:

_____                         _____
Sonea Griffiths (*Pro se*)                              Evgenia Sorokina (NY Bar No. 4607479)
151 Park Avenue                                            Steven M. Oster (*Pro Hac Vic Admission*)
Mt. Vernon, NY 10550                                 **Oster McBride PLLC**
Tel: (914)255-8079                                        1320 19th Street NW, Suite 601
                                                                         Washington DC, 20036
*Defendant*                                                    Tel.: (202) 596-5291
                                                                         Fax: (202) 747-5962
                                                                         Email: soster@ostermcbride.com

                                                                         *Counsel to Plaintiff*

## **CERTIFICATE OF SERVICE**

I will certify the attached Stipulation of Dismissal was served by electronic mail on the defendant, Sonea Griffiths:

>Sonea Griffiths
>151 Park Avenue
>Mt. Vernon, NY 10550
>Soneasing@ymail.com

January 31, 2022                                     */s/ Steven M. Oster*
                                                                     Steven M. Oster