IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| CHARON COINS, LLC,<br><br>      Plaintiff,<br>v.<br><br>SONEA GRIFFITHS,<br><br>      Defendant. | Civil Action No. 7:21-cv-2777 |

[PROPOSED] ORDER

This matter having come before the Court on Plaintiff Charon Coins, LLC's, voluntary dismissal of the within action and Defendant Sonea Griffiths' stipulation thereto, it is hereby

**ORDERED**, that the within action is dismissed without prejudice, each party to bear its own attorney's fees and costs.

**DONE** and **ORDERED** this _28_ day of January, 2022.

The Clerk is directed to terminate this action.

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE